1  Jeffrey M. Lenkov, Esq. (SBN 156478)
   **MANNING & KASS**
2  **ELLROD, RAMIREZ LLP**
   15th Floor at 801 Tower
3  801 South Figueroa Street
   Los Angeles, CA 90017
4  Telephone: (213) 624-6900
   Facsimile:  (213) 624-6999
5  jml@manningllp.com

6  Madonna A. Herman, Esq. (SBN 221747)
   **MANNING & KASS**
7  **ELLROD, RAMIREZ, TRESTER LLP**
   One California Street, Suite 1100
8  San Francisco, CA 94111
   Telephone:   (415) 217-6990
9  Facsimile:   (415) 217-6999
   mah@manningllp.com
10
   Attorneys for Defendant,
11 HENNES & MAURITZ (H&M)

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14 GERALD LUNA,                        ) Case No.:   C 11-02132 WHA
                                       )
15              Plaintiff,             ) **STIPULATION AND ORDER RE:**
                                       ) **MEDIATION COMPLETION DEADLINE**
16 vs.                                 )
                                       )
17 HENNES & MAURITZ (H&M), a Swedish   )
   corporation; H&M HENNES & MAURITZ   )
18 L.P., a Limited Partnership, and Does 1 through )
   20, inclusive,                      )
19                                     )
                Defendant.              )
20 _____ )

21 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

22      Plaintiff Gerald Luna and Defendant Hennes & Mauritz (H&M) present the following

23 stipulation to the Court for filing.

24      WHEREAS the September 29, 2011 Case Management Order ordered the parties to agreed

25 upon a mediator by October 31, 2011 and complete a mediation by January 31, 2012.

26      WHEREAS the parties to this matter secured a mediation date of January 10, 2012 with

27 mediator Vivien Williamson on October 25, 2011.

28 ///

-1-
D:\docsdata\mah\Luna v. H&M\Pleadings\Stip & Order to Extend Mediation Cut Off.wpd
STIPULATION AND ORDER RE: MEDIATION COMPLETION DEADLINE

WHEREAS on November 29, 2011, counsel for Defendant was contacted by their client's representative, wherein he informed counsel that he was going into surgery on January 6, 2012 and would not be recovered until January 17, 2012, therefore unable to attend the January 10, 2012 mediation.

WHEREAS counsel for Defendant contacted mediator Vivien Williamson and secured her next available mediation date of February 28, 2012.

WHEREAS all parties are available on February 28, 2012 for mediation.

The parties agree and stipulate to extend the mediation completion deadline from January 31, 2012 to March 1, 2012.

IT IS SO STIPULATED.

Dated: December 1, 2011

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: _____
Jeffrey M. Lenkov, Esq.
Madonna A. Herman, Esq.
Attorneys for Defendant
HENNES & MAURITZ (H&M)

Dated: December 1, 2011

LAW OFFICES OF JEREMY PASTERNAK

By: _____
Jeremy Pasternak, Esq.
Anthony Oceguera, Esq.
Attorneys for Defendant
HENNES & MAURITZ (H&M)

IT IS SO ORDERED that the mediation completion deadline is extended from January 31, 2012 to March 1, 2012.

Dated: December 5, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

-2-

D:\docsdata\mah\Luna v. H&M\Pleadings\Stip & Order to Extend Mediation Cut Off.wpd
STIPULATION AND ORDER RE: MEDIATION COMPLETION DEADLINE